Pro Se 14 (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

**FILED** JAN 23 2023 Chanda Berta, Acting Clerk U.S. District Court Northern District of Indiana

Marcus Lorenzo Jones
[You are the PLAINTIFF, print your full name on this line.]

v.

Officer OHDA (first name, unknown),
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 2'23CV28
[For a new case in this court, leave blank. The court will assign a case number.]

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Officer OHDA (first name unknown) | 26861 C.R. 26 Elkhart IN 46517 |
| 2 | unknown officers / Multiple unknown officers | Same as above |
| 3 | Sheriff Elkhart County Jail | Same as above |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? **7**
2. What is the name and address of your prison or jail? **Westville Correccional Facility, 5501 S 1100 W, Westville, IN 46391**
3. Did the event you are suing about happen there? ○ Yes  ✓ No, it happened at: **Elkhart County Correctional Center, 26861 C.R. 26 Elkhart IN 46517**
4. On what date did this event occur? **June 28, 2021**

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

| # | Defendants Name and Job title | Work Address |
|---|---|---|
| 4 | Unknown Nurse | 26861 C.R. 26 Elkhart IN 46517 |
| 5 | Unknow Detective | Same as above |

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I was picked up from Indiana State Prison on June 28, 2021 by a Elkhart Sherriffs Detective and transport officer Fitzpatrick. I was placed in ankle shackles and a belly chain with wrist restraints on it. The unknown Elkhart Detective for some unknown reason forgot to secure my wrist in the restraints. Upon leaving we made multiple stops to pick up other inmates, Marshall county Jail, St. Joesph county Jail, and there were individual in the van before I was picked up.

2. I was picked up around roughly 10 am and didn't make it to Elkhart County Jail until around 5 pm. The whole time I was never restrained at the wrist and wasn't a problem. Upon arriving at the Elkhart County Jail while stepping out of the transport van Officer Fitzpatrick noticed that my wrist restraints were never applied. She then notified the unknown Detective that he had forgot to cuff my wrist to the chain around my waist. He then applied the cuffs to my wrist outside the sally port in the Garage.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

3. He then escorted us into the sally port to conduct searches and remove our restraints. At this time Officer Fitzpatrick was conducting searches and removing restraints. Officer OHDA unknown first name, came to assist. I was talking to the individual who was standing next to me in line waiting to be searched and uncuffed. Officer OHDA became upset because we were talking and decided to escort me around the corner to the area where fingerprints are taken and no camera's are located.

4. At no time was I causing any problems or breaking any rules. I was still in transport gear which is a belly chain with wrist restraints, and ankle shackles, which meant I couldn't move or protect myself at anytime.

5. He then proceeded to slam me to the ground with no way to protect myself in anyway because of my wrist being restrained at my wrist. While on the ground he continued to assault me. A second unknown officer then came and assisted Officer OHDA in assaulting me while on the ground and still restrained. I then heard one of the officers telling the other one to tase me, which is when I felt a sharp pain in my lower back and a painful burning sensation in my lower spine.

6. My body then locked up and I was unable to do anything except seize up. I don't know how long this lasted

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

but when he finally stopped my legs wouldn't stop shaking.

While on the ground still multiple unknown officer's came up and started joking about me being tased. Also a nurse was called because the nurse was the only one allowed to pull the taser prong's out of my lower back. The nurse (name unknown) then asked the officers why my legs were still twitching and I don't remember what they told her.

8. After that 3 unknown officer's escorted me to a holding cell while still in the same belly chain and wrist restraints and ankle shackles. The officers then told me to get on my knees so that they could uncuff me. But being as I still had my wrist cuffed to a belly chain around my waist and ankle shackles around my feet, I was unable to comply without assistance, and told the officers I needed help because I wasn't going to hurt myself

9. The officer's then proceeded to grab both my arms and the chain between my ankles and were going to slam me to the ground. But then changed their minds because they realized that I hadn't been put through the body scanner.

10. So I was then escorted to the machine and put through it. I'd complied with everything they told me to do and then was escorted to a holding cell and the

restraints were removed. My lower back was bleeding from the taser prongs being ripped out of my back. I requested a nurse to come and check it out but instead Officer OHDA came with a alcohol pad and band-aid and applied it to my back. I was also denied my mental health medication.

11. Officer OHDA then stated that I'd be recieving a write-up which never happened. If I'd done something so wrong for them to jump on me why wasn't I given a conduct report or charged with a new charge?

12. I was transported back to Indiana State Prison in August 2021 and had requested all paperwork about the situation that happened. I was told it would be sent to me, which it never was. I wrote Elkhart County sherriff department in the beginning of 2022 and never recieved a response back so I'm filing this without all the proper information because I feel like Elkhart is trying to cover it up.

# Legal Claims

The tasing and slamming to the ground while handcuffed, and refusal of medical attention violated plaintiff Marcus L Jones rights and constituted cruel and unusual punishment under the Eighth Amendment to the United States Constitution.

5. When did this event happen?
    ○ Before I was confined.
    ○ While I was confined awaiting trial.
    ● After I was convicted while confined serving the sentence.
    ○ Other: _____

6. Have you ever sued anyone for this exact same event?
    ● No.
    ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    ● No, this event is not grievable at this prison or jail.
    ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
    ○ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

To be held accountable, and restitution for my pain and suffering now and in the future, Plus make sure that he and others don't do this in the future to a restrained individual.

[Initial Each Statement]

MCJ  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
MCJ  I will keep a copy of this complaint for my records.
MCJ  I will promptly notify the court of any change of address.
MCJ  I WILL NOT send more than one copy of any filing to the court.
MCJ  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
MCJ  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on  1 / 17 /20 23  at  1:00  am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____     168742
Signature                                                                    Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Wherefore, plaintiff respectfully prays that this court enter judgment granting plaintiff:

A declaration that the acts and omissions described herein violated plaintiffs rights under the constitution and laws of the United States.

A preliminary and permanent injunction ordering defendants

Officer OHDA
All unknown officers
Elkhart County Sheriff

To give all information pertaining to the incident that occured on June 28, 2021. And the name of all individuals that were transported with me on June 28, 2021, because they were witnesses to the whole events that occured.

Compensatory damages in the amount of $200,000 against each defendant, jointly and severally.

Punitive damages in the amount of $150,000 against each defendants and the amount of $250,000 against defendant.

A Jury trial on all issues triable by jury

Plaintiffs costs in this suit.

Any additional relief this court deems just, proper and equitable.