UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MARCUS LORENZO JONES, | |
| Plaintiff, | |
| v. | CAUSE NO. 2:23-CV-28-PPS-JPK |
| OFFICER, et al., | |
| Defendants. | |

ORDER

Marcus Lorenzo Jones, a prisoner without a lawyer, filed this case in the Hammond Division raising claims based on events which occurred in Elkhart County Correctional Complex, which is located within the geographical boundaries of the South Bend Division. Under N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the South Bend Division.

SO ORDERED this 31st day of January, 2023.

s/ Joshua P. Kolar
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT